IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALVIN L. JONES,

    Petitioner,                  No. CIV S-06-0775 MCE KJM P

    vs.

TOM L. CAREY, et al.,

    Respondents.             ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has not, however, filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a), 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

/////

/////

1

1 |       2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: May 30, 2006.

                                                                                            _____
                                                                                       UNITED STATES MAGISTRATE JUDGE

/mp
jone0775.101a