IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CALVIN L. JONES,

    Petitioner,                 No. CIV S-06-0775 MCE KJM P

    vs.

TOM L. CAREY, et al.,

    Respondents.            <u>ORDER</u>

                              /

         Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 25, 2006, the court recommended that this action be dismissed because petitioner had not paid the filing fee or submitted an application to proceed in forma pauperis. Petitioner has now paid the filing fee. Therefore, the court will vacate the July 25 findings and recommendations.

         Since petitioner may be entitled to the requested relief if the violation of constitutional rights claimed in his petition for writ of habeas corpus is proved, respondents will be directed to file a response.

         Petitioner requests that this action be consolidated with another action filed by petitioner under 42 U.S.C. § 1983. He asserts that the issues in each case are the same. However, the issues cannot be the same as the only relief the court can grant in this action is

1

release from prison, or reduction of petitioner's sentence.  That relief is not available in a § 1983 action.  <u>Preiser v. Rodriguez</u>, 411 U.S. 475, 500 (1973).  Plaintiff's request will be denied.

In accordance with the above, IT IS HEREBY ORDERED that:

1. The court's July 25, 2006 findings and recommendations are vacated;

2. Respondents are directed to file a response to petitioner's habeas petition within sixty days from the date of this order.  <u>See</u> Rule 4, Fed. R. Governing § 2254 Cases.  An answer shall be accompanied by all transcripts and other documents relevant to the issues presented in the petition.  <u>See</u> Rule 5, Fed. R. Governing § 2254 Cases;

3. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

4. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondents' reply, if any, shall be filed and served within fifteen days thereafter;

5. The Clerk of the Court shall serve a copy of this order together with a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick Farrell, Senior Assistant Attorney General; and

6. Petitioner's January 19, 2007 request for consolidation is denied.

DATED:  February 5, 2007.

_____
U.S. MAGISTRATE JUDGE

/mp
jone0775.100(8.21.06)